IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL DAVID DENNY,** | : |
| **Petitioner,** | : |
| vs. | : 5:01CR75 (DF) |
| **UNITED STATES OF AMERICA,** | : |
| **Respondent.** | : |

**O R D E R**

This order is in reference to the Report and Recommendation that United States Magistrate Judge G. Mallon Faircloth filed in this case on June 7, 2005. The report recommended denying Petitioner's § 2255 petition. The Court has reviewed and carefully considered Defendant's objections to the Magistrate Judge's Recommendation, but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to § 2255 is **DENIED**.

SO ORDERED, this 29th day of July, 2005.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has