IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID DENNY,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:01CR75 (DF) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

The Court has reviewed and considered Petitioner's Motion for Reconsideration (tab 93). Finding no reason to alter or amend its earlier order, Petitioner's Motion for Reconsideration is **DENIED**.

SO ORDERED, this 10th day of August, 2005.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has